# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie Lee Ford,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:21-cv-05231-DSF-AGR<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [26]** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($4,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: July 8, 2022

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE